# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>SUBPOENA OF ATTORNEY<br>ANA CLAUDIA C. GUEDES<br><br>_____<br><br>KAJAN JOHNSON; CLARENCE DOLLAWAY; TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>*ZUFFA LLC; TKO OPERATING COMPANY dba Ultimate Fighting Championship and UFC; ENDEAVOR GROUP HOLDINGS, INC.*<br><br>Defendants. | Case No.: 3:25-cv-02666-AJB-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE**<br><br>*Underlying action pending in the United States District Court for the District of Nevada:*<br><br>*Case No. 2:21-cv-01189-RFB-BNW* |

Before the Court is a Motion to Quash Subpoena filed by non-party Ana Claudia C. Guedes, Esq. ECF No. 1. Ms. Guedes moves the Court to quash, or in the alternative modify, a subpoena for the production of documents issued to her by Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs"), who are plaintiffs in a case

currently pending in the District Court of Nevada, *Johnson et al. v. Zuffa, LLC dba Ultimate Fighting Championship and UFC*, Case No. 2:21-cv-01189-RFB-BNW. ECF No. 1. According to the motion, Plaintiffs' subpoena demands that Ms. Guedes produce twelve broad categories of documents generated or acquired by her law firm. ECF No. 1 at 7. The Court finds it appropriate to discuss the motion with counsel.

Accordingly, the Court **SETS** a one-hour attorneys-only Discovery Conference for **October 31, 2025** at **11:00 a.m.** before Magistrate Judge Allison H. Goddard via videoconference. To facilitate the hearing being held via videoconference, the Court hereby orders as follows:

A. The Court will use its official Zoom video conferencing account to hold the hearing. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the hearing. There is a cost-free option for creating a Zoom account.

B. No later than **October 24, 2025**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the name, title, and email address of each participant.

C. Prior to the start of the hearing, the Court will email each participant an invitation to join the videoconference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download

and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.

D. Each participant should plan to join the Zoom videoconference five minutes before the start of the hearing to ensure that the hearing begins promptly at 11:00 a.m.

E. All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to the hearing as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

F. Counsel are advised that although the hearing will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., counsel must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated:  October 14, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge